SLR:EB:TJK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

SALVATORE LOCASCIO,
    also known as "Tore,"

        Defendant.

- - - - - - - - - - - - - - - - - X

ORDER OF RELEASE FOR
FUNDS HELD IN ESCROW

CR-03-304 (CBA)(S-7)



WHEREAS, on January 9, 2004, this Court so-ordered a Stipulation and Order providing that the Clerk of the Court for the Eastern District of New York hold in escrow the proceeds of a real estate transaction, which as of January 9, 2004, had an approximate value of One Million Ninety Six Thousand Nine Hundred Four Dollars and Sixty Eight Cents ($1,096,904.68) (hereinafter "real estate proceeds");

WHEREAS, on February 14, 2005, the Defendant, SALVATORE LOCASCIO, entered a plea of guilty in the criminal case captioned United States v. Salvatore LoCascio, CR-03-304 (S-7), in United States District Court for the Eastern District of New York and pursuant to the terms of the Plea Agreement executed on February 14, 2005, has agreed to forfeit to the United States Four Million Seven Hundred Thousand Dollars ($4,700,000) (hereafter "$4.7 million") and the entry of a forfeiture money judgment against him in the amount of $4.7 million ("the Forfeiture Money

Judgment");

WHEREAS, pursuant to the terms of the Plea Agreement, the Defendant, SALVATORE LOCASCIO, was obligated to tender a payment of One Million One Hundred Thousand Dollars ($1,100,000), toward the Forfeiture Money Judgment from the real estate proceeds held by the Clerk of the Court for the Eastern District of New York pursuant to Stipulation dated January 9, 2004;

WHEREAS, the United States of America and the defendant, SALVATORE LOCASCIO, by and through their counsel, have agreed and jointly applied, in the interest of justice, for a modification of the Stipulation and Order dated January 9, 2004, to effect the $1.1 million payment to the United States toward the Defendant's Forfeiture Money Judgment; and

WHEREAS, the Defendant hereby agrees to release, indemnify and hold harmless the United States, its officers, agents and/or employees, past and present, from and against any claim for relief or cause of action for any conduct or action in any way connected to the forfeiture of properties at issue in this order, or arising from the provisions of the order;

IT IS HEREBY ORDERED that upon receipt of this Order of Release for Funds Held in Escrow, the sum of One Million Ninety Six Thousand Nine Hundred Four Dollars and Sixty Eight Cents ($1,096,904.68) which was paid to the Clerk of Court for the Eastern District of New York as real estate proceeds pursuant to

3

Stipulation and Order dated January 9, 2004, shall be released to the United States of America toward the satisfaction of the defendant's Forfeiture Money Judgment, by the issuance of a check made payable to the "United States Marshals Service, Eastern District of New York," which shall be sent to the attention of AUSA Tracey J. Knuckles, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

IT IS FURTHER ORDERED that this Order shall be binding upon the Defendant, his attorneys, agents, and employees, and all persons in active concert or participation with any of the above who receive actual notice of this Order, or any other persons having actual knowledge of this Order; and

IT IS FURTHER ORDERED that service of this Order shall be permitted to be made and effectuated by Telecopier, Overnight Mail, or Personal Service, and

4

IT IS FURTHER ORDERED that this Order shall remain in effect until further Order of the Court or until the Court makes modification of the Order as appears necessary in the interest of justice.

**SO ORDERED** this _13_ day of ____May____ 2005.

_____
HONORABLE CAROL BAGLEY AMON
United States District Judge
Eastern District of New York

Criminal Action No. 03-304 (CBA)(S-7)

**UNITED STATES DISTRICT COURT**
Eastern District of New York

UNITED STATES OF AMERICA,

- against -

SALVATORE LOCASCIO,
also known as "Tore,"

Defendant.

**ORDER OF RELEASE FOR FUNDS HELD IN ESCROW**

ROSLYNN R. MAUSKOPF
United States Attorney,
Attorney for United States of America
Office and Post Office Address,
United States Courthouse
One Pierrepont Plaza
Brooklyn, New York 11201

Due service of a copy of the within _____ is hereby admitted.

Dated: _____, 20___

Attorney for United States of America
TRACEY J. KNUCKLES, AUSA
(718) 254-6028

---

SIR:

**PLEASE TAKE NOTICE** that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the **UNITED STATES DISTRICT COURT U.S. Courthouse**, 225 Cadman Plaza East, **EASTERN DISTRICT OF NEW YORK**

Brooklyn, New York, on the _____ day of _____, 20___, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 20___

United States Attorney,
Attorney for _____

To:
Attorney for _____

SIR:

**PLEASE TAKE NOTICE** that the within is a true copy of _____ duly entered herein on the ____ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York, _____, 20___

United States Attorney,
Attorney for _____

To:
Attorney for _____